UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HOUSE OF GOD WHICH IS THE CHURCH OF THE LIVING GOD THE PILLAR AND GROUND OF THE TRUTH WITHOUT CONTROVERSY, INC., (KEITH DOMINION),<br><br>    Plaintiff,<br><br>v.<br><br>BISHOP CHARLES CAMPBELL, CHARLES CAMPBELL, JR., and PHILLIP CAMPBELL,<br><br>    Defendants. | No. 3:06-0066<br>JUDGE ECHOLS |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the Court concludes that it lacks subject matter jurisdiction over this internal church dispute. Accordingly, this case is hereby DISMISSED WITHOUT PREJUDICE.

Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE